AMELIA HERSCHMANN, Appellant, v. HAMBURG AMERICAN LINES, Respondent.

— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.